# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
JOHN P. HEHMAN
CLERK

2014 JAN -7 PM 3: 04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Priority Mail Express parcel label number EK082536892US, postmarked January 2, 2014, weighing 1 pound 3.5 ounces, addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, CA 94544 with a return address of Dante Smith, 12076 Marwood Ln, Cincinnati, OH 45246

Case No. 1:14MJ-010

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express parcel label number EK082536892US

located in the    Southern    District of    Ohio    , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- [x] evidence of a crime;
- [x] contraband, fruits of crime, or other items illegally possessed;
- [ ] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

- [x] Continued on the attached sheet.
- [ ] Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/7/14

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO          )
                       ) SS
COUNTY OF HAMILTON     )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

In December 2013, your affiant began an investigation involving the use of the mail to ship narcotics and/or their proceeds between southern Ohio and northern California, a known drug source location.

Your affiant knows on December 26, 2013, three Express Mail parcels addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, California 94544 were mailed out of three different Cincinnati post offices between the hours of 1:30 pm and 6:00 pm. All of the parcels were similar in size and weight with different return addresses. Your affiant knows that parcels are sometimes split into multiple mailings to avoid detection by law enforcement.

Your affiant knows that "Leshawn Lawson" is associated with 559 Blue Jay Dr, Hayward, California 94544.

Your affiant knows that "Leshawn Lawson" has a criminal history for drug trafficking and drug possession.

Your affiant contacted a clerk at the Cincinnati Postal Processing & Distribution Center (P&DC) and requested to be notified when a parcel addressed to 559 Blue Jay Dr, Hayward, California 94544 is processed through their facility.

On December 30, 2013, your affiant was contacted by a clerk at the Cincinnati P&DC regarding Express Mail parcel label number EU998089826US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, California 94544 with a return address of Tim Thomas, 5375 Bahama Terrace, Cincinnati, Ohio 45223.

On December 31, 2013, upon further investigation your affiant obtained a federal search warrant for Express Mail parcel label number EU998089826US. The parcel was found to contain $1,500.00 in blank money orders inside an unsigned greeting card.

On December 31, 2013, your affiant learned that Priority Mail Express parcel label number EK082534123US was mailed from Cincinnati, Ohio going to Hayward, California. The parcel is addressed to Leshawn Lawson, 30042 Mission Blvd, Suiet 121, Hayward, CA 94544-7255 with a return address of

2

Justin Dawson, 600 Stewart St Apt 40, Cincinnati, OH 45215. Suite is misspelled on the label and the original zip code "94554" was scratched out and the correct zip code for the Hayward address was replaced.

Your affiant knows that Priority Mail Express parcel label number EK082534123US was mailed on the same day as Express Mail parcel label number EU998089826US but from a different Cincinnati post office and the handwriting on the labels is pictorially similar.

Your affiant knows that 30042 Mission Blvd, Hayward, CA 94544-7255 is a UPS store where post office boxes can be rented.

On January 2, 2014, your affiant received Priority Mail Express parcel label number EK082534123US. Upon further investigation, your affiant obtained a federal search warrant for the aforementioned parcel. The parcel was found to contain a Glock 26 handgun and one 9mm round magazine.

On January 2, 2014, your affiant was contacted by a clerk at the Cincinnati P&DC regarding Express Mail parcel label number EU998090577US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, California 94544 with a return address of Jamie Simpson, 2158 Sevenhills Dr, Cincinnati, Ohio 45240 and Priority Mail Express parcel label number EK082536892US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, CA 94544 with a return address of Dante Smith, 12076 Marwood Ln, Cincinnati, OH 45246.

Your affiant requested the parcels be placed in a secure area for further investigation.

On January 3, 2014, your affiant obtained Express Mail parcel label number EU998090577US and Priority Mail Express parcel label number EK082536892US from the Cincinnati P&DC. The parcels were mailed out of two different Cincinnati post offices approximately two hours apart and the handwriting on the labels is pictorially similar to prior labels mailed from Cincinnati.

3

On January 3, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcels. Officer Sean Woods responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcels were placed in separate controlled areas and presented to narcotic canine, "Dozer". "Dozer" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EU998090577US and Priority Mail Express parcel label number EK082536892US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, California 94544. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

On January 3, 1014, your affiant was contacted by a clerk at the Cincinnati P&DC regarding Express Mail parcel label number EU998089830US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, California 94544 with a return address of Jamie Simpson, 2158 Sevenhills Dr, Cincinnati, Ohio 45240.

Your affiant requested the parcel be placed in a secure area for further investigation.

On January 6, 2014, your affiant obtained Express Mail parcel label number EU998089830US from the Cincinnati P&DC.

On January 6, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcel. Officer Phil Stoup responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Max". "Max" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EU998089830US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, California 94544. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

On January 6, 2014, your affiant was contacted by the manager at the Parkdale Post Office, Cincinnati, Ohio regarding Express Mail parcel label number EG983865982US addressed to Leshawn Lawson, 559

4

Blue Jay Dr, Hayward, CA 94544 with a return address of Dwayne Palmore, 414 N Wayne Ave Fl 1, Cincinnati, OH 45215. Your affiant received a copy of the Express Mail label and the handwriting on the label is pictorially similar to prior labels mailed from Cincinnati. Your affiant requested the parcel be sent to her location for further investigation.

On January 7, 2014, your affiant received Express Mail parcel label number EG983865982US.

On January 7, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcel. Officer Phil Stoup responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Max". "Max" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EG983865982US addressed to Leshawn Lawson, 559 Blue Jay Dr, Hayward, CA 94544. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

Parcel #1 is further identified as follows: a U.S. Postal Service tyvek envelope approximately 14" x 12" in size, bearing Express Mail parcel label number EU998090577US, weighing 13 ounces, postmarked January 2, 2014; see address information below:

**Sender:** Jamie Simpson
2158 Sevenhills Dr
Cincinnati, Ohio 45240

**Addressee:** Leshawn Lawson
559 Blue Jay Dr
Hayward, California 94544

Parcel #2 is further identified as follows: a U.S. Postal Service tyvek envelope approximately 14" x 12" in size, bearing Priority Mail Express parcel label number EK082536892US, weighing 1 pound 3.5 ounces, postmarked January 2, 2014; see address information below:

5

**Sender:** Dante Smith
12076 Marwood Ln
Cincinnati, OH 45246

**Addressee:** Leshawn Lawson
559 Blue Jay Dr
Hayward, CA 94544

Parcel #3 is further identified as follows: a U.S. Postal Service Priority Mail Express cardboard envelope approximately 12 1/2" x 9 1/2" in size, bearing Express Mail parcel label number EU998089830US, weighing 3 ounces, postmarked January 3, 2014; see address information below:

**Sender:** Jamie Simpson
2158 Sevenhills Dr
Cincinnati, Ohio 45240

**Addressee:** Leshawn Lawson
559 Blue Jay Dr
Hayward, California 94544

Parcel #4 is further identified as follows: a U.S. Postal Service Priority Mail Express cardboard envelope approximately 12 1/2" x 9 1/2" in size, bearing Express Mail parcel label number EG983865982US, weighing 2.5 ounces, postmarked January 6, 2014; see address information below:

**Sender:** Dwayne Palmore
414 N Wayne Ave Fl 1
Cincinnati, OH 45215

**Addressee:** Leshawn Lawson
559 Blue Jay Dr
Hayward, CA 94544

This information, along with the positive alerts of narcotic canine "Dozer" and "Max" is indicative of a drug package, their proceeds or instrumentalities.

Based on the information contained herein, your affiant believes that contained in Express Mail parcel label number EU998090577US, Priority Mail Express parcel label number EK082536892US, Express Mail parcel label number EU998089830US and Express Mail parcel label number EG983865982US is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this __7__ day of __January__ 2014.

_____
Honorable Stephanie K. Bowman
United States Magistrate Judge

7



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer __SEAN A. WOODS__, am and have been employed by the __CINCINNATI POLICE DEPT.__ since __1-00__. Among other duties, I am currently the assigned handler of narcotics detection canine "__Dozer__" which is trained and certified in the detection of the presence or odor of narcotics described as follows: __MARIJUANA, METH, HEROIN, COCAINE.__

On __1-3-14__, at the request of Postal Inspector K. O'Neill, I responded to __Cincy Postal Inspoffice__, where "__Dozer__" did alert to and indicate upon: [describe item]

__EK092536892US addressed to Leshawn Lawson 559 Blue Jay Dr Hayward CA 94544 with a return address Dante Smith 12074 Merwood Ln Cincinnati OH 45246__

Which, based upon my training and experience and that of "__Dozer__", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_[signature]_ 1-3-14
(Signature and Date)

_[signature]_ 1-3-14
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009